UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| NAGA SANDHYA MAHANANDIGARI & MADHU SUDAN REDDY MAHANANDIGARI, Plaintiffs, v. TATA CONSULTANCY SERVICES, *et al.*, Defendants. |
|---|

Civil Action No.: 16-8746 (JLL)

**ORDER**

This matter comes before the Court by way of Plaintiffs Naga Sandhya Mahanandigari and Madhu Sudan Reddy Mahanandigari's objection to Magistrate Judge Steven C. Mannion's Report and Recommendation dated November 9, 2017. (ECF No. 40). For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this _11th_ day of January, 2018,

**ORDERED** that the Court hereby adopts Judge Mannion's Report and Recommendation dated **November** 9, 2017 (ECF No. 40); and it is further

**ORDERED** that Plaintiffs' Motion to Reopen Case and Amend Complaint (ECF No. 35) is hereby DENIED; and it is further

**ORDERED** that this matter shall remain CLOSED.

JOSE L. LINARES
Chief Judge, United States District Court